IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DENICE SHAFFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 113-202 |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 16).[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Court **REVERSES** the Acting Commissioner's final decision and **REMANDS** this case to the Acting Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this 14th day of January, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Objections to the Report and Recommendation were due no later than December 29, 2014. (Doc. no. 15.) Because Defendant submitted her objections on January 5, 2015, the Court need not consider them. See Stephens v. Dep't of Corr., No. CV 112-182, 2013 WL 1333436, at *1 n.1 (S.D. Ga. Apr. 1, 2013). In any event, the untimely objections provide no reason to depart from the Report and Recommendation.